RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
State Bar No. 8540
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Destawny Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-mj-773-VCF |
| Plaintiff, | **UNNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| DESTAWNY JONES, | |
| Defendant. | |

COMES NOW THE DEFENDANT, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for DESTAWNY JONES, that the conditions of Ms. Jones' pretrial release be modified.

1. On January 29, 2015, Ms. Jones' Personal Recognizance bond was modified to include the condition that she maintain residence at the halfway house with Global Positioning Satellite (GPS) monitoring and Home Detention. *See* Minutes (#35).

2. On March 2, 2015, a status check was held regarding Ms. Jones bond/pretrial release conditions. *See* Minutes (#36). The court was advised that, with the exception of two missed mental health appointments, Ms. Jones was in compliance with all conditions. The court was further advised of defense counsel's intent to eventually seek to remove the halfway house condition.

3. Since the hearing, the appropriate phone line (for the purposes of remote alcohol testing) has now been installed at the residence where Ms. Jones seeks to reside. Undersigned

defense counsel has also spoken with Ms. Jones new supervising Pretrial Services Officer, Sandra Bustos. Mrs. Bustos has no opposition to permitting Ms. Jones to reside with Mr. John Cluberton[1] with remote alcohol testing. Furthermore, she does not opposed GPS monitoring being modified to Radio Frequency (RF) monitoring with a curfew.

4. These proposed modified release conditions still will reasonably assure that Ms. Jones appears at future court hearings as well as protect the public. It will also make it easier for her to secure employment without having the restrictions that come as a result of being confined to the halfway house.

5. Government counsel has no opposition to this request.

DATED this 5th day of March, 2015.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
RAQUEL LAZO,
Assistant Federal Public Defender
Counsel for Destawny Jones

---

[1] This is the same residence Ms. Jones was permitted to reside temporarily before she was ordered to the halfway house. *See* Minute Order (#31).

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DESTAWNY JONES,<br><br>　　　　Defendant. | 2:13-mj-773-VCF<br><br>**ORDER** |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the condition that Ms. Jones reside at the halfway house under GPS monitoring and Home Detention be modified to permit her to reside at Mr. John Cluberton's residence with remote alcohol testing and RF monitoring with a curfew.

　　　DATED 6th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3