UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DESTAWNY JONES,<br><br>  Defendant. | Case No. 2:13-mj-773-VCF<br><br>ORDER FOR DISMISSAL<br>AND QUASHING WARRANTS |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice Complaint filed against defendant Destawny Jones. Government also requests the warrants issued on March 9, 2015 for Violation of Pretrial Release and a bench warrant issued on May 28, 2015 for Failure to Appear be quashed.

DATED this  31st  day of July, 2020.

                                    NICHOLAS A. TRUTANICH
                                    United States Attorney

                                    /s/ Rachel Kent

                                    RACHEL L. KENT
                                    Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  12th  day of August, 2020.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

1